IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.B.,<br>      Plaintiff,<br><br>v.<br><br>TREDYFFRIN/EASTTOWN SCHOOL DISTRICT, and<br>AMY A. MEISENGER,<br>      Defendants. | CIVIL ACTION<br><br><br><br>NO. 17-2581 |

## O R D E R

**AND NOW**, this 23rd day of October, 2020, upon consideration of Motion of Defendants, Tredyffrin Easttown School District ["TESD"] and Amy A. Meisinger ["Principal Meisinger"] for Summary Judgment (Document No. 43, filed March 30, 2020), Plaintiff's Opposition to the Motion for Summary Judgment of Defendants Tredyffrin/Easttown School District and Amy A. Meisinger (Document No. 45, filed April 20, 2020), and Reply Brief of Defendants, Tredyffrin Easttown School District and Amy A. Meisinger to Plaintiff's Response to the Motion for Summary Judgment (Document No. 52, filed May 13, 2020), **IT IS ORDERED** that defendants' Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**, as follows:

      1. That part of defendant's Motion that seeks summary judgment on plaintiff's § 1983 municipal liability claim against TESD for failure to train is **DENIED**;

      2. That part of defendant's Motion that seeks summary judgment on plaintiff's § 1983 supervisory liability claim against Principal Meisinger under a theory of knowledge and acquiescence is **GRANTED**;

2

3. That part of defendant's Motion that seeks summary judgment on plaintiff's § 1983 supervisory liability claim against Principal Meisinger under a theory of deliberate indifference by failing to train is **DENIED**; and

4. That part of defendant's Motion that seeks summary judgment on plaintiff's Title IX claim is **DENIED**.

**IT IS FURTHER ORDERED** that a conference for the purpose of scheduling further proceedings will be conducted in due course.

          **BY THE COURT:**

          **/s/ Hon. Jan E. DuBois**

          **DuBOIS, JAN E., J.**