# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.B., | : CIVIL ACTION |
| Plaintiff, | : No. 2:17-cv-02581-JD |
| v. | : |
| Tredyffrin/Easttown School District and Amy A. Meisinger, | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 24th day of March, 2021, upon consideration of the letter/request from plaintiff D.B. for an extension of time to April 13, 2021 by which to file responses to Defendants' motions in limine,[1] there being no objection, **IT IS ORDERED** that plaintiff's letter/request is **GRANTED**. The date by which the plaintiff shall file responses to defendants' motions in limine is extended to April 13, 2021.

**BY THE COURT:**

/s/ Hon. Jan E. DuBois

**DuBOIS, JAN E., J.**

---

[1] A copy of the letter dated March 24, 2021 shall be docketed by the Deputy Clerk.