### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.B.,       **Plaintiff,** | : <br> : <br> : |
| v. | :     Civ. No. 17-2581 <br> : |
| **TREDYFFRIN/EASTTOWN SCHOOL DISTRICT** and **AMY A. MEISINGER,**       **Defendants.** | : <br> : <br> : <br> : |

### O R D E R

**AND NOW**, this 14th day of January, 2022, upon consideration of Plaintiff's Motions *in limine* (Doc. Nos. 74, 81, 82) and Defendants' Motions *in limine* (Doc. Nos. 80, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93), it is hereby **ORDERED** that the Parties' Motions are **DENIED without prejudice**. The Parties may renew their Motions before trial according to the Court's forthcoming Scheduling Order.

                                                    **AND IT IS SO ORDERED.**

                                                   */s/ Paul S. Diamond*
                                                   Paul S. Diamond, J.