IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| D.B., <br>           Plaintiff, <br><br> v. <br><br> Tredyffrin/Easttown School District and Amy A. Meisinger, <br><br>           Defendants. | CIVIL ACTION <br><br> No. 2:17-cv-02581 |

**STIPULATION TO EXTEND TIME FOR PLAINTIFF
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS DR. AMY MEISINGER
AS A PARTY ON THE BASIS OF QUALIFIED IMMUNITY**

    It is hereby stipulated by and between the undersigned counsel that the time in which Plaintiff may respond to Dr. Amy Meisinger's Motion to Dismiss Her as a Party on the Basis of Qualified Immunity [ECF No. 116] is extended to April 29, 2022.

    There have been no prior extensions relating to this Motion.

Respectfully submitted,

**ROSS FELLER CASEY, LLP**

BY: */s/ Brian J. McCormick, Jr.*
Matthew A. Casey, Esquire
Brian J. McCormick, Jr., Esquire
One Liberty Place
1650 Market Street, 34th floor
Philadelphia, PA  19103
Tel.: (215) 574-2000
Fax: (215) 574-3080
mcasey@rossfellercasey.com
bmccormick@rossfellercasey.com

*Attorneys for Plaintiff*

**TROUTMAN PEPPER
HAMILTON SANDERS**

BY: */s/ Francis P. Devine, III*
Francis P. Devine, III, Esquire
Richard J. Zack, Esquire
Christopher R. Healy, Esquire
3000 Two Logan Sq.
18th & Arch Streets
Philadelphia, PA 19103
Tel.: (215) 981-4230
Fax: (215) 754-4290
francis.devine@troutman.com
richard.zack@troutman.com
christopher.healy@troutman.com

**CONNOR, WEBER & OBERLIES**

BY: <u>*/s/ Joseph P. Connor, III*</u>
Joseph P. Connor, III, Esquire
Julia Jacobelli, Esquire
171 West Lancaster Ave. Paoli, PA 19301
Tel.: (610) 640-2810
Fax: (610) 640-1520
jconnor@cwolaw.com
jjacobelli@cwolaw.com

***Attorneys for Tredyffrin/Easttown School District and Amy A. Meisinger***

DATED: April 21, 2022

**AND IT IS SO ORDERED:**

 */s/ Paul S. Diamond*
_____
Paul S. Diamond, J,